UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-244-SDJ |
| | § | |
| DABBOUS CORPORATION d/b/a | § | |
| HEMPTATIONS SMOKE SHOP, | § | |
| ET AL. | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court has considered Plaintiff's Agreed Motion to Dismiss With Prejudice, (Dkt. #20), and concludes that the motion should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that all claims asserted by Plaintiff GS Holistic, LLC against Defendants Dabbous Corporation d/b/a Hemptations Smoke Shop and Mohamed Dabbous in this action are dismissed with prejudice, with each party bearing its own costs and fees. This Court reserves jurisdiction to enforce the settlement agreement.

The Clerk is directed to **CLOSE** this civil action.

 So ORDERED and SIGNED this 18th day of September, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE